Patrice L. Bishop (182256)
service@ssbla.com
**STULL, STULL & BRODY**
9430 West Olympic Boulevard
Suite 400
Beverly Hills, CA 90212
Tel: (310) 209-2468
Fax: (310) 209-2087

*Liaison Counsel for Lead Plaintiff and the Putative Class*

Thomas J. McKenna (admitted *Pro Hac Vice*)
tjmckenna@gme-law.com
Gregory M. Egleston (admitted *Pro Hac Vice*)
gegleston@gme-law.com
**GAINEY McKENNA & EGLESTON**
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383

*Lead Counsel for Lead Plaintiff and the Putative Class and Plaintiff Mike Clementi*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| IN RE NETSOL TECHNOLOGIES, INC. SECURITIES LITIGATION | Case No.: 2:14-CV-5787 PA (PJWx) <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND CASE EXPENSES** <br><br> Date: June 27, 2016 <br> Time: 1:30 p.m. <br> Judge: Hon. Percy Anderson <br> Dept: 15 (Spring Street) <br><br> Complaint Filing Date: July 25, 2014 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's March 28, 2016 Civil Minutes - General and Order Preliminarily Approving Settlement and Providing for Notice (Dkt Nos. 95-96), on June 27, 2013, at 1:30 p.m., or as soon thereafter as counsel may be heard, before the Honorable Percy Anderson, District Judge, at the United States District Court for the Central District of California, Spring Street Courthouse, 312 North Spring Street, Los Angeles, CA 90012, Plaintiff Michael C. Clementi ("Plaintiff") and Lead Counsel Gainey McKenna & Egleston will and hereby do move for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure awarding: (i) attorneys' fees to Lead and Liaison Counsel; (ii) awarding reimbursement of out-of-pocket expenses that Lead and Liaison Counsel incurred in connection with prosecuting and resolving the above captioned Action; and (iii) reimbursement to Plaintiff for expenses reasonably incurred in connection with representing the Class.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Thomas J. McKenna in Support of Final Approval of Class Action Settlement, Plan of Allocation and An Award of Attorneys' Fees and Case Expenses ("McKenna Decl."), the Declaration of Thomas J. McKenna in Support of an Award of Attorneys' Fees and Case Related Expenses ("McKenna Fee Decl.") and the exhibits thereto, the Stipulation filed previously with the Court (Dkt. Nos. 91 to 91-5), the pleadings and records on file in this Action, and other such matters and argument as the Court may consider at the hearing of this motion.

1  The motion is made following a meet and confer conducted with defense
2  counsel over several occasions, most recently on May 13, 2016.

4  Dated: May 23, 2016

**STULL, STULL & BRODY**

/s/ *Patrice L. Bishop*
Patrice L. Bishop
service@ssbla.com
9430 West Olympic Boulevard
Suite 400
Beverly Hills, CA 90212
Tel: (310) 209-2468
Fax: (310) 209-2087

*Liaison Counsel for Lead Plaintiff
and the Putative Class*

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
tjmckenna@gme-law.com
Gregory M. Egleston
gegleston@gme-law.com
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383

*Lead Counsel for Plaintiff Mike Clementi
and the Putative Class*